IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MATTHEW GREGORY LANGSTER, )<br> )<br>Petitioner, )<br> )<br>vs. )<br> )<br>BRUCE HOWARD, WARDEN, et al., )<br> )<br>Respondents. ) | No. CIV-13-966-C |

O R D E R

This matter is before the Court on the Report and Recommendation entered by United States Magistrate Judge Shon T. Erwin on September 17, 2013.  The court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed; however, on October 2, 2013, Petitioner paid the $5.00 filing fee, rendering Judge Erwin's recommendation moot.

Accordingly, the Report and Recommendation of the Magistrate Judge is adopted in part.  Because the filing fee has now been paid, the case is once again committed to the Magistrate Judge under the initial Order of Referral.

IT IS SO ORDERED this 16th day of October, 2013.

ROBIN J. CAUTHRON
United States District Judge