IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| MATTHEW GREGORY LANGSTER, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | No. CIV-13-966-C |
| | ) | |
| BRUCE HOWARD, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

This matter is before the Court on the Report and Recommendation entered by United States Magistrate Judge Shon T. Erwin on March 11, 2014. The court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed. Petitioner's Motion to Stay Case (Dkt. No. 18) was denied by Judge Erwin (see Dkt. No. 20) and no objection has been timely filed. See Fed. R. Civ. P. 72(1). Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation (Dkt. No. 17) of the Magistrate Judge is adopted and the Petition for Writ of Habeas Corpus is dismissed without prejudice.

IT IS SO ORDERED this 17th day of April, 2014.

ROBIN J. CAUTHRON
United States District Judge